IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY NORMAN TIREY, and HADEN TIREY, ) ) ) Plaintiffs, ) ) vs. ) ) MARY ELIZABETH BOYTE, JEFFREY ) ALLEN, et al., ) ) Defendants. ) | CIVIL ACTION NO. 04-0441-P-L |

### RULE 54(b) JUDGMENT

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, and in accordance with this court's Order entered this date, it is ORDERED, ADJUDGED, and DECREED that defendant Jeffrey Allen's Motion and Amended Motion For Summary Judgment (docs.30-33), is hereby GRANTED. Plaintiff's claims against defendant Jeffrey Allen (Counts Three, Four, and Five) are hereby DISMISSED with prejudice.

It is further ORDERED, ADJUDGED, and DECREED that defendant Boyte's Motion For Partial Summary Judgment on plaintiffs' Count Two (docs.35-37), be and is hereby DENIED. This action will proceed on plaintiffs' claims: Counts One (negligence), Two (wantonness), and Five (loss of consortium) against defendant Boyte.

DONE this 19th day of May, 2005.

S/Virgil Pittman
SENIOR UNITED STATES DISTRICT JUDGE